# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

155764

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

CEDRIC CARTER,
      Plaintiff-Appellant,

v

SC: 155764
COA: 330573
Ingham CC: 14-001008-CZ

CAPITAL AREA TRANSPORTATION
AUTHORITY,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 4, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018

Clerk

s0228